# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANIE DE LIBERTY, | Case No. 3:15-cv-05460-WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA (THE), | |
| Defendant. | |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:15-cv-05460-WHA, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED all dates be vacated and taken off the court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated: May 2, 2016

APPROVED
Judge William Alsup

Hon. William Alsup
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

149229.1

Case No. 3:15-cv-05460-WHA
[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE